

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00350-CV

---

In re R.E.S. and P.R.S.

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2018DCM2671

---

## **JUDGMENT**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Lyda Ness Garcia, presiding judge of the 383rd District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to vacate its new-trial order, reinstate the verdict, and proceed in the normal course with the post-trial stages of litigation in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED this 15th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (sitting by assignment)